NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000208
26-JUN-2014
08:06 AM

NO. CAAP-13-0000208

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CITIBANK, N.A., Plaintiff-Appellee, v.
CINDY K. FREITAS, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3RC11-1-981K)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Foley, Presiding J., Leonard and Ginoza, JJ.)

Upon consideration of the "Motion For Reconsideration To Summary Disposition Order Filed On May 29, 2014" filed June 17, 2014, the memorandum/papers in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, June 26, 2014.

Presiding Judge

Associate Judge

Associate Judge